# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| White, Gregory A. | Northern District of Ohio | 04/28/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full-time | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>02/29/2016 |

**7. Chambers or Office Address**

801 West Superior Avenue
Chambers 11B
Cleveland, Ohio 44113

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Executive Board | Federal Bar Association-NDOH |
| 2. | Member - Executive Board | Partnership for Safer Cleveland |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1979 | Ohio Public Employees Retirement System, Defined Benefit Plan. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2015 | Ohio Public Employees Retirement System | $89,240.86 |
| 2. 2016 | Ohio Public Employees Retirement System | $14,900.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | The University of Akron - Salary |
| 2. 2016 | School Emplyees Retirement System of Ohio |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 04/28/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EDS Electronic Data Systems, Retirement System, No Control | D | Distribution | M | W | | | | | |
| 2. 1/21st Int. - Condo Rental, Port Clinton, OH | A | Rent | J | R | | | | | |
| 3. Talmer Bank | A | Interest | K | T | | | | | |
| 4. Biocryst Pharmaceutical Inc. | | None | J | T | | | | | |
| 5. UBS Resource Management Account: UBS Bank USA - PACE (H) | D | Dividend | M | T | | | | | |
| 6. - PACE Money Market Investment Fund Class P Cash Equiv | | | | | | | | | |
| 7. - AMG Yacktman Fund | | | | | Sold | 04/22/15 | J | A | |
| 8. - Diamond Hill Small Cap | | | | | Buy (add'l) | 04/22/15 | J | | |
| 9. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 10. - Fidelity Advisor New Insights Fund Class I | | | | | Buy (add'l) | 04/22/15 | J | | |
| 11. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 12. - Invesco Equally-Weighted S&P 500 Fund Class Y | | | | | Buy (add'l) | 04/22/15 | K | | |
| 13. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 14. - JP Morgan Equity Income Fund Select | | | | | Buy (add'l) | 04/22/15 | J | | |
| 15. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 16. - MFS International Diversification Fund Class I | | | | | Buy (add'l) | 04/22/15 | J | | |
| 17. | | | | | Buy (add'l) | 06/16/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Oak Ridge Small Cap Growth Fund Class Y | | | | | Buy (add'l) | 04/22/15 | J | | |
| 19. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 20. - Principal Midcap Fund Class P | | | | | Buy (add'l) | 04/22/15 | J | | |
| 21. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 22. - Double Line Total Return Fund | | | | | Buy (add'l) | 04/22/15 | J | | |
| 23. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 24. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 25. - Loomis Sayles Investment Grade Bond Class Y | | | | | Buy (add'l) | 04/22/15 | J | | |
| 26. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 27. - Prudential Short-Term Corporate Bond Fund | | | | | Buy (add'l) | 04/22/15 | J | | |
| 28. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 29. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 30. - Blackrock Global Long/Short Credit Fund | | | | | Buy (add'l) | 04/22/15 | J | | |
| 31. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 32. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 33. - Gabelli ABC Advisor Fund | | | | | Buy (add'l) | 04/22/15 | J | | |
| 34. | | | | | Buy (add'l) | 06/16/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Mainstay Marketfield Fund Class 1 | | | | | Sold | 04/22/15 | J | A | |
| 36. - FT Templeton Global Bond A | | | | | Buy (add'l) | 04/22/15 | J | | |
| 37. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 38. | | | | | Sold | 12/16/15 | J | A | |
| 39. - Pimco Total Return Fund Class A | | | | | Sold | 04/20/15 | J | A | |
| 40. -Metropolitan West Total Return Bond Fund | | | | | Buy | 04/23/15 | J | | |
| 41. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 42. -William Blair Allocation Fund | | | | | Buy | 04/22/15 | J | | |
| 43. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 44. UBS Financial Services IRA - PACE Portfolio (H) | E | Dividend | N | T | | | | | |
| 45. - UBS PACE Money Market Investment Fund Class P Cash Equiv. | | | | | | | | | |
| 46. - AMG Yacktman Fund | | | | | Sold | 04/22/15 | K | C | |
| 47. - Diamond Hill Small Cap | | | | | Sold (part) | 04/22/15 | J | B | |
| 48. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 49. - Fidelity Advisor New Insights Fund Class I | | | | | Sold (part) | 04/22/15 | J | A | |
| 50. | | | | | Sold (part) | 12/16/15 | J | A | |
| 51. - Invesco Equally-Weighted S&P 500 Fund Class Y | | | | | Buy (add'l) | 12/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - JP Morgan Equity Income Fund Select | | | | | Sold (part) | 04/22/15 | J | A | |
| 53. | | | | | Sold (part) | 12/16/15 | J | A | |
| 54. - MFS International Diversification Fund Class I | | | | | Buy (add'l) | 12/16/15 | J | | |
| 55. - Oak Ridge Small Cap Growth Fund Class Y | | | | | Sold (part) | 04/22/15 | J | A | |
| 56. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 57. - Principal Midcap Fund Class P | | | | | Sold (part) | 04/22/15 | J | A | |
| 58. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 59. - Double Line Total Return fund | | | | | Buy (add'l) | 12/16/15 | K | | |
| 60. - Loomis Sayles Investment Grade Bond Class Y | | | | | Buy (add'l) | 12/16/15 | J | | |
| 61. - Prudential Short-Term Corporate Bond Fund | | | | | Buy (add'l) | 12/16/15 | K | | |
| 62. - Blackrock Global Long/Short Credit Fund | | | | | Buy (add'l) | 04/23/15 | J | | |
| 63. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 64. - Gabelli ABC Advisor Fund | | | | | Sold (part) | 12/16/15 | J | A | |
| 65. - Gateway Fund Class Y | | | | | Sold (part) | 12/16/15 | J | A | |
| 66. - Mainstay Marketfield Fund Class I | | | | | Sold | 04/22/15 | J | A | |
| 67. - Permanent Portfolio Fund INC | | | | | Sold | 12/16/15 | J | A | |
| 68. - FT Templeton Global Bond A | | | | | Sold | 12/16/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Pimco Total Return Fund Class A | | | | | Sold | 04/22/15 | K | A | |
| 70. -Metropolitan West Total Return Bond Fund | | | | | Buy | 04/22/15 | K | | |
| 71. | | | | | Sold (part) | 12/16/15 | J | A | |
| 72. -William Blair Allocation Fund | | | | | Buy | 04/22/15 | J | | |
| 73. | | | | | Buy (add'l) | 12/16/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Gregory A. | 04/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts, page 4, line 2 - purchased 12/27/96...purchase price $109,500

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory A. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544